**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-62833-Civ-COOKE/HUNT**

NATIONWIDE VAN LINES, INC.,

      Plaintiff

vs.

TRANSWORLD MOVERS. INC.,
*et al.*,

      Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Patrick M. Hunt, U.S. Magistrate Judge (ECF No. 125), regarding Defendants' Motion for Sanctions, ECF No. 100[1], and Defendants' Motion for Attorneys' Fees, ECF No. 110. The Undersigned referred this case to Judge Hunt for all non-dispositive pretrial motions, fees, costs, as well as the specific motions at issue herein. ECF Nos. 8, 101, 113; see also 28 U.S.C. § 636; S.D. Fla. L.R., Mag. R. 1.

In his R&R, Judge Hunt recommends that Defendants' Motion for Sanctions, ECF No. 100, and Defendants' Motion for Fees, ECF No. 110, both be denied.

I have reviewed Defendants' Motions, the briefing and accompanying exhibits, Judge Hunt's R&R, the Objections to Judge Hunt's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Hunt's R&R to be clear, cogent, and compelling.

Accordingly, Judge Hunt's R&R (ECF No. 100) is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Defendants' Motion for Sanctions, ECF No. 100, and Defendants' Motion for Fees, ECF No. 110, are both **DENIED**.

---

[1] The docket text for ECF No. 100 states "Plaintiff's MOTION for Sanctions Pursuant to Rule 11"; however, that is incorrect. Defendants Transworld Movers, Inc. and Ohad Guzi filed the Motion for Sanctions at ECF No. 100 not Plaintiff.

**DONE and ORDERED** in chambers, at Miami, Florida, this 23rd day of February 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Hunt, U.S. Magistrate Judge*
*Counsel of record*