UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-62833-Civ-COOKE/HUNT

NATIONWIDE VAN LINES, INC.,

    Plaintiff

vs.

TRANSWORLD MOVERS. INC.,
*et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Patrick M. Hunt, U.S. Magistrate Judge (ECF No. 136), regarding Defendants' Motion for Appellate Attorneys' Fees, ECF No. 132. The Undersigned referred this case to Judge Hunt for all non-dispositive pretrial motions, fees, and costs, as well as the specific motion at issue here. ECF Nos. 8 and 135; *see also* 28 U.S.C. § 636; S.D. Fla. L.R., Mag. R. 1.

In his R&R, Judge Hunt recommends that Defendants' Motion for Appellate Attorney's Fees be denied.

I have reviewed Defendants Motion for Appellate Attoney's Fees, the briefing related thereto, Judge Hunt's R&R, the Objections to Judge Hunt's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Hunt's R&R to be clear, cogent, and compelling.

Accordingly, Judge Hunt's R&R (ECF No. 136) is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Defendant's Motion for Appellate Attorneys' Fees (ECF No. 132) is **DENIED**.

**DONE and ORDERED** in chambers, at Miami, Florida, this 14th day of February 2022.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*